**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 01-31351  SGJ  Judge: STACEY G. JERNIGAN | Trustee Name: | DANIEL J. SHERMAN, TRUSTEE |
|---|---|---|---|
| Case Name: | PRECEPT BUSINESS SERVICES, INC. | Date Filed (f) or Converted (c): | 06/28/01 (c) |
|  |  | 341(a) Meeting Date: | 09/07/01 |
| For Period Ending: | 06/30/23 | Claims Bar Date: |  |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FUNDS FROM DURANGO GEORGIA PAPER CO, DIP (u) | 0.00 | 3,304.74 |  | 3,304.74 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $0.00 | $3,304.74 |  | $3,304.74 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST and TRUSTEE WORKING TOGETHER TO PUT TOGETHER CLAIMS REGISTER AND CALCULATE DISTRIBUTIONS TO REMAINING CREDITORS.
ESTIMATED DATE OF CLOSING IS 09/01/2023.

Initial Projected Date of Final Report (TFR): 08/01/23    Current Projected Date of Final Report (TFR): 09/01/23

LFORM1

Ver: 22.07h